UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO:  2:15-CV-00064-RMP |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| $20,000.00 U.S. CURRENCY, | |
| Defendant. | |

Before the Court is the United States' Motion for Entry of the Final Order of Forfeiture, **ECF No. 16**.  The Court has reviewed the motion, all relevant filings, and is fully informed.

Plaintiff, the United States of America, alleged in a Verified Complaint for Forfeiture In Rem that the Defendant property captioned above is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881.  ECF No. 1.  The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 28 U.S.C. § 1395.  The Defendant property being sought for forfeiture is described as follows:

FINAL ORDER OF FORFEITURE ~ 1

Approximately $20,000.00 in U.S. currency seized by DEA from David M. Britt, on or about November 1, 2014, at the Spokane International Airport.

On March 20, 2015, the United States Marshals Service executed the Amended Warrant of Arrest In Rem.  The returned warrant was filed with the Court under the above cause number on March 20, 2015.  ECF No. 5.

In accordance with FED. R. CIV. P. G(4)(a)(iv)(C), SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS, notice of civil forfeiture was posted on an official government website, www.forfeiture.gov, beginning March 13, 2015, and running through April 11, 2015.  ECF Nos. 9, 9-1 and 9-2.  Based upon the internet publication start date of March 13, 2015, the last date to file a timely claim **if direct notice was not received** was May 12, 2015.

On March 23, 2015, DAVID BRITT was served, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, ECF No. 1, the executed Warrant of Arrest In Rem, ECF No. 5, and Notice of Complaint for Forfeiture, at his last known address and in care of his attorney, ECF Nos. 6 and 6-1.  On April 16, 2015, DAVID BRITT filed a claim, ECF No. 7, and filed an Answer on April 28, 2015, ECF No. 8.  Claimant DAVID BRITT and the United States entered into a Settlement Agreement and Stipulation for Order of Forfeiture, ECF No. 14, filed herein on May 11, 2016.  The United States agreed to settle BRITT's claim by returning $3,500.00 to BRITT and BRITT agreed to

forfeit the remaining $16,500.00 to the United States.  No other timely claims to the Defendant Property have been received or filed with the Court.  All potential interests and claims to the Defendant Property have been resolved as described herein.

It appears to the Court that any and all potential claimant interests in the Defendant property have been resolved.  Accordingly, **IT IS HEREBY ORDERED THAT**:

1.  United States' Motion for Entry of the Final Order of Forfeiture, **ECF No. 16**, is **GRANTED**.

2.  The Defendant property described as follows is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

> $16,500.00 of the approximately $20,000.00 in U.S. currency seized by the DEA from David M. Britt, on or about November 1, 2014, at the Spokane International Airport.

3.  The United States Marshals Service shall dispose of the forfeited Defendant $16,500.00 U.S. currency in accordance with law.

4.  The hearing in this matter currently scheduled for June 24, 2016, is **STRICKEN**.

///

///

FINAL ORDER OF FORFEITURE ~ 3

1      5.  The United States District Court shall retain jurisdiction in the case for

2  the purpose of enforcing or amending this order.

3      The District Court Clerk is directed to enter this Order and to provide copies

4  to counsel.

5      **DATED** this 23rd day of June 2016.

6                     *s/ Rosanna Malouf Peterson*

7                       ROSANNA MALOUF PETERSON
                           United States District Judge

FINAL ORDER OF FORFEITURE ~ 4